# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Fredrick Key<br>    Ernestine Earlana Key<br>        Debtor(s) | Case No. 15 B 20532 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/12/2015.

2) The plan was confirmed on 10/26/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/19/2015, 08/01/2016.

5) The case was Converted on 08/14/2016.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,488.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,488.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $344.84 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,844.84** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acs/gco Ed Loan Fund | Unsecured | 71,000.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp. | Unsecured | 561.63 | NA | NA | 0.00 | 0.00 |
| Ars Inc | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 7,026.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 4,050.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 3,025.00 | 3,025.86 | 3,025.86 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 1,003.00 | 1,003.66 | 1,003.66 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 1,206.00 | 1,206.78 | 1,206.78 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 612.00 | 612.90 | 612.90 | 0.00 | 0.00 |
| Cap One | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Capital One, N.a. | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Charter One Bank | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Chestnut Hills Homeowner's Assoc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citgo Oil / Citibank | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| Citi Corp Credit Services | Unsecured | 37,534.00 | NA | NA | 0.00 | 0.00 |
| Citibank Sd, Na | Unsecured | 4,100.00 | NA | NA | 0.00 | 0.00 |
| Citibank Usa | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| City National Bank | Unsecured | 40,789.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 8,000.00 | 4,253.05 | 4,253.05 | 477.81 | 61.23 |
| Discover Bank | Unsecured | 8,917.00 | 8,917.88 | 8,917.88 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 3,000.00 | 3,005.45 | 3,005.45 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 3,500.00 | 3,493.07 | 3,493.07 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 8,300.00 | 8,324.87 | 8,324.87 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 87,173.00 | 93,150.33 | 93,150.33 | 0.00 | 0.00 |
| Gemb/jcp | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| Gemb/walmart | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Gembppbycr | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Hsbc Bank | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA, N.A. | Secured | 198,825.01 | 171,970.67 | 171,970.67 | 0.00 | 0.00 |
| HSBC Bank USA, N.A. | Secured | 55,736.92 | 56,625.39 | 55,736.92 | 5,104.12 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 8,900.00 | 8,950.50 | 8,950.50 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| Medical Services RIC | Unsecured | 919.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems, Inc | Unsecured | 6,160.28 | NA | NA | 0.00 | 0.00 |
| Northwestern Med. Faculty Fnd. | Unsecured | 1,502.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Investments I LLC | Unsecured | 420.00 | 427.49 | 427.49 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,158.00 | 1,158.65 | 1,158.65 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 4,611.00 | 4,611.53 | 4,611.53 | 0.00 | 0.00 |
| Rehabilitation Institute of Chicago | Unsecured | 3,225.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 800.00 | 807.42 | 807.42 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 5,900.00 | 5,841.63 | 5,841.63 | 0.00 | 0.00 |
| RML Specialty Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Rnb-Fields3 | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Shell Oil / Citibank | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| Suntrust Mortgage/cc 5 | Unsecured | 8,200.00 | NA | NA | 0.00 | 0.00 |
| The Home Depot | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 2,084.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medical Cente | Unsecured | 592.40 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| Victoria's Secret | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 2,500.00 | 2,490.63 | 2,490.63 | 0.00 | 0.00 |
| Wfnnb/express | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $171,970.67 | $0.00 | $0.00 |
| Mortgage Arrearage | $55,736.92 | $5,104.12 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,253.05 | $477.81 | $61.23 |
| **TOTAL SECURED:** | **$231,960.64** | **$5,581.93** | **$61.23** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$147,028.65** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,844.84 |
| Disbursements to Creditors | $5,643.16 |
| **TOTAL DISBURSEMENTS** : | **$9,488.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/21/2016         By:/s/ Marilyn O. Marshall
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**